UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

v.

FAMILY DOLLAR STORES
OF MICHIGAN, LLC,

    Defendant.

Case No. 18-cv-13030
Hon. Matthew F. Leitman

_____/

# ORDER TERMINATING AS MOOT MOTION TO EXTEND DISCOVERY DEADLINE AND MOTION TO COMPEL DISCOVERY (ECF #12)

On June 26, 2019, the Court held a status conference concerning Plaintiff's Motion to Extend Discovery and Motion to Compel Discovery (ECF #12). On the call, both parties agreed to extend discovery by ninety days and to complete certain previously noticed depositions within the first thirty days of the extended discovery period. The Court directed the parties to submit a stipulated order extending all dates by ninety days. The parties shall submit that order after a ruling on Defendant's forthcoming motion for protective order, and the ninety days of additional discovery

1

shall commence upon entry of the order to be submitted by the parties. In light of this resolution, the Court terminates as moot the pending motion (ECF #12).

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 26, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 26, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764